# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-CV-00149-MOC-WCM

| | |
|---|---|
| WILLIAM ORR, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| U.S. ENVIRONMENTAL PROTECTION ) | |
| AGENCY ET. AL. ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendants' Motion to Appear Remotely (Doc. No. 7). Finding good cause for the motion, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Defendants' Motion to Appear Remotely, (Doc. No. 7), is **GRANTED**. The Court also orders the Clerk of Court to set up the courtroom to allow Defendants' counsel to participate by video conferencing.

Signed: June 11, 2021

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge